Matrix List Of Creditors

Astoria Federal Savings Bank
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

Aurora Loan Services
10350 Park Meadows Dr., Suite 500
Littleton, CO 80124

Central Bank
399 Highland Ave.
Somerville, MA 02144

Beverly Cooperative Bank
254 Cabot Street
Beverly, MA 01915

Credit Management
4200 International Parkway
Carrollton, TX 75007

National Grid Service Co.
300 Erie Blvd. W
Syracuse, NY 13202

Home Depot/Citibank
P.O. Box 6497
Sioux Falls, SD 57117

Webster Bank
First Federal Plaza
Waterbury, CT 06720

Burns and Levinson LLP
125 Summer St.
Boston, MA 02110

Riemer and Braunstein LLP
Three Center Plaza
Boston, MA 02108


Design Consultants, Inc.
265 Medford St., Suite 308
Somerville, MA 02143


O'Sullivan Architects
580 Main St., Suite 204
Reading, MA 01867


Paul Demerjian
C/O Webb Primason
21 Carriage Hill Lane
Salem, MA 01970


Rosemary Nolan
235D Highland Ave.
Somerville, MA 02143