UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

MICHAEL J. DEMERJIAN,

          Debtor.

Chapter 11
Case No. 11-12634 (FJB)

**NOTICE OF APPEARANCE OF RIEMER & BRAUNSTEIN LLP
AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

**TO THE CLERK OF THE COURT AND TO ALL PARTIES**:

    **PLEASE TAKE NOTICE** that, pursuant to MLBR 9010-3 and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, Kristin M. McDonough of Riemer & Braunstein LLP, hereby appears in the above-captioned case and requests that the notice of all matters in the case be served upon her at the address set forth below.  Request is hereby also made for service of copies of all papers of any kind including, but not limited to, orders, reports, pleadings, motions, applications or petitions, requests, answer and reply papers, and notice of all hearings and other proceedings, either formal or informal, whether written or oral, and whether transmitted by mail, electronic mail, hand-delivery, telephone, telegraph, telex, or otherwise, relating to any issue that may be raised in the above-captioned case.

                                                      RIEMER & BRAUNSTEIN LLP

Dated:  March 29, 2011                         */s/ Kristin M. McDonough*
                                                    Kristin M. McDonough (BBO #637899)
                                                    Riemer & Braunstein LLP
                                                    Three Center Plaza
                                                    Boston, Massachusetts  02108
                                                    Telephone: (617) 523-9000
                                                    *kmcdonough@riemerlaw.com*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

MICHAEL J. DEMERJIAN,

              Debtor.

Chapter 11
Case No. 11-12634 (FJB)

## CERTIFICATE OF SERVICE

      I, Kristin M. McDonough, of the law firm of Riemer & Braunstein LLP, hereby certify that on the 29th day of March, 2011, I caused a copy of the **NOTICE OF APPEARANCE OF RIEMER & BRAUNSTEIN LLP AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** to be served by first class United States mail, postage pre-paid, or by electronic notification (ECF) where indicated, upon the following interested parties listed below, including the matrix list of creditors:

Office of the United States Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109
USTPRegion01.BO.ECF@USDOJ.GOV

Michael J. Demerjian
P.O. Box 182
Middleton, MA 01949

Astoria Federal Savings Bank
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

Aurora Loan Services
10350 Park Meadows Dr., Suite 500
Littleton, CO 80124

Central Bank
399 Highland Ave.
Somerville, MA 02144

Beverly Cooperative Bank
254 Cabot Street
Beverly, MA 01915

Credit Management
4200 International Parkway
Carrollton, TX 75007

National Grid Service Co.
300 Erie Blvd. W
Syracuse, NY 13202

Home Depot/Citibank
P.O. Box 6497
Sioux Falls, SD 57117

Webster Bank
First Federal Plaza
Waterbury, CT 06720

Burns and Levinson LLP
125 Summer Street
Boston, MA 02110

Design Consultants, Inc.
265 Medford Street, Suite 308
Somerville, MA 02143

O'Sullivan Architects
580 Main Street, Suite 204
Reading, MA 01867

Paul Demerjian
C/O Webb Primason
21 Carriage Hill Lane
Salem, MA 01970

Rosemary Nolan
235D Highland Ave.
Somerville, MA 02143

*/s/ Kristin M. McDonough*
Kristin M. McDonough (BBO #637899)
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
Telephone: (617) 523-9000
*kmcdonough@riemerlaw.com*

1293250.1