UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

Case No. 11-12634
Chapter 11

In Re:

Michael J. Demerjian,
Debtor

## DEBTOR'S MOTION FOR EXTENSION OF TIME

To the Honorable, Judge Frank J. Bailey, Bankruptcy Judge:

I, Michael J. Demerjian, the Debtor herein, make this Motion For Extension For Time, and request the following:

1. That this court extend the time for the debtor to file the requested documents until April 26, 2011.

In support of this motion, I hereby allege the following:

1. The debtor is currently properly before the court and is acting in good faith.
2. The debtor believed that he could prepare the documents himself, but has realized that he needs the assistance of an attorney.
3. Due to the complexity of this case, the debtor is in the process of retaining an attorney to handle this matter, including for the purpose of filing the requested documents by the court.
4. The debtor is before this court on April 15, 2pm, for an Evidentiary Hearing on his Motion To Impose An Automatic Stay.

Wherefore, the Debtor requests that this motion for extension is granted.

Dated: April 12, 2011

Michael J. Demerjian, Pro-Se