APR 20'11 AM 10:24 USB

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

Case No. 11-12634 (FJB)
Chapter 11

----------------------------------------------
In Re:

Michael J. Demerjian,
Debtor
----------------------------------------------

CERTIFICATE OF SERVICE

I, Michael J. Demerjian, hereby certify that on April 11, 2011, I caused a copy of the Motion To Impose The Automatic Stay and a copy of the Procedural Order dated April 7, 2011, to be served by first class United States mail, postage pre-paid, or electronically, upon the following interested parties listed below:

Office of the U.S. Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq. 10th Flr. Suite 1000
Boston, MA 02109

Atty. Amy N. Azza
Orlans Moran PLLC
C/O Aurora Loan Services
P.O. Box 96269
Boston, MA 02196
bankruptcy@orlansmoran.com

Atty. Kristen M. McDonough
Riemer and Braunstein LLP
Three Center Plaza
Boston, MA 02108
kmcdonough@reimerlaw.com

Astoria Federal Savings Bank
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

Central Bank
399 Highland Ave.
Somerville, MA 02144

Beverly Cooperative Bank
C/O Atty. Andrew Evans
58 Main St.
Topsfield, MA 01983

Credit Management
4200 International Parkway
Carrollton, TX 75007

National Grid Service Co.
300 Erie Blvd. W
Syracuse, NY 13202

Home Depot/Citibank
P.O. Box 6497
Sioux Falls, SD 57117

Webster Bank
First Federal Plaza
Waterbury, CT 06720

Burns and Levinson LLP
125 Summer St.
Boston, MA 02110

Design Consultants, Inc.
120 Middlesex Ave., Suite 20
Somerville, MA 02145

O'Sullivan Architects
580 Main St., Suite 204
Reading, MA 01867

Paul Demerjian
C/O Webb Primason
21 Carriage Hill Lane
Salem, MA 01970

Rosemary Nolan
235D Highland Ave.
Somerville, MA 02143

Dated: April 11, 2011

*Michael Demerjian*
Michael J. Demerjian, Pro-Se
P.O. Box 182
Middleton, MA  01949

APR 20'11 AM10:24 USB

APR20'11 ᴬᴹ10:24 USB

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re | |
|---|---|
| Michael J. Demerjian | Chapter 11 |
| | Case No: 11-12634 |
| Debtor | |

**PROCEDURAL ORDER:**

The Court will hold an evidentiary hearing on the Motion to Impose the Automatic Stay on **April 15, 2011, at 2:00 pm**. Objections shall be filed by **April 14, 2011, at 12:00 noon**.

Direct testimony will be by affidavit and admissible only if (a) any such affidavit is filed and served by **April 12, 2011, at 4:30 pm** and (b) any such affiant is present at the hearing and available for cross-examination. With respect to the Debtor's burden under 11 U.S.C. § 362(c)(3) and (4) of proving that the filing of this case was in good faith as to the creditors to be stayed, see In re Sarafoglou, 345 B.R. 19 (2006).

The Debtor shall serve the motion and this order on all creditors and file a certificate of such service.

By the Court,

*Frank J. Bailey*    04/07/2011
Frank J. Bailey
United States Bankruptcy Judge

Date: April 7, 2011

APR 20 '11 ᴀᴍ10:24 USB

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re: Michael J. Demerjian<br>Debtor, | Chapter: 11<br>Case No: 11-12634<br>Judge Frank J. Bailey |

## NOTICE OF EVIDENTIARY HEARING

PLEASE TAKE NOTICE that a hearing will be held on **4/15/11 at 02:00 PM** before the Honorable Judge Frank J. Bailey, Courtroom 3, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109-3945 to consider the following:

> Evidentary Hearing Scheduled for 4/15/2011 at 02:00 PM Boston Courtroom 3, 12th Floor, 5 Post Office Square, Boston, MA 02109 RE: [29] Motion to Impose Automatic Stay filed by Debtor Michael J. Demerjian. Objections due by 4/14/2011 at 12:00 PM. (amoody, usbc)

OBJECTION/RESPONSE DEADLINE: **APRIL 14, 2011 12:00**
(If left blank, response deadline shall be governed by the Local Rules.)

THE MOVING PARTY IS RESPONSIBLE FOR:

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice (7) days after the date of issuance set forth below. If the hearing date is less than (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

NOTICE TO ALL PARTIES SERVED

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION**. (See MLBR 5071-1)

3. Unless set, deadlines to file an objection or response shall be governed by the Local Rules. If a deadline is set, and no objection or response is filed, the court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. (See MLBR 9013-1(f).

Date: 4/7/11

By the Court,

Alaina Moody
Deputy Clerk
617-748-5342